# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL EDWARD STONE, | ) 1:08-cv-00141-LJO-TAG HC |
| Petitioner, | ) |
| v. | ) ORDER GRANTING PETITIONER'S<br>) MOTION TO FILE AMENDED PETITION<br>) (Doc. 6) |
| CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, | )<br>) ORDER REQUIRING AMENDED PETITION<br>) TO BE FILED WITHIN THIRTY DAYS |
| Respondent. | )<br>) ORDER DIRECTING CLERK OF COURT TO<br>) SEND PETITIONER A FORM PETITION FOR<br>) WRIT OF HABEAS CORPUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed his original federal petition on January 28, 2008. (Doc. 1). On February 8, 2008, Petitioner filed a motion for leave to file an amended petition, contending that he wished to withdraw Grounds One and Two because he had determined that they had not been exhausted. (Doc. 6).

## **DISCUSSION**

A petitioner may amend a petition for writ of habeas corpus once "as a matter of course," and without leave of Court, before a response has been filed under Federal Rule of Civil Procedure 15(a), as applied to habeas corpus actions pursuant to 28 U.S.C. § 2242 and Rule 11 of the Rules Governing Section 2254 Cases. Calderon v. United States District Court (Thomas),

1 | 144 F.3d 618, 620 (9th Cir. 1998); <u>Bonn v. Calderon</u>, 59 F.3d 815, 845 (9th Cir. 1995). Leave
2 | of Court is required for all other amendments. Rule Civ. P. 15(a).

3 |       Here, no responsive pleading has been filed. Hence, there is no impediment to
4 | Petitioner's filing of an amended petition. **Petitioner should note, however, that, at this early**
5 | **point in the proceedings, the Court expresses no opinion whatsoever regarding whether**
6 | **Grounds One and Two in the original petition were or were not exhausted in the California**
7 | **Supreme Court. In lieu of Petitioner's motion to file an amended petition, the Court has**
8 | **<u>not</u> conducted a preliminary screening of the original petition, and, in light of Petitioner's**
9 | **stated intent to file an amended petition, any such preliminary screening of the original**
10 | **petition would now be meaningless. Petitioner may include whatever claims he wishes in**
11 | **his amended petition; the Court will then screen the amended petition, as it does all other**
12 | **habeas petitions, to determine if the amended meets the basic requirements regarding the**
13 | **applicable statute of limitations, federal question jurisdiction, personal jurisdiction, and**
14 | **exhaustion.**

15 |       Accordingly, GOOD CAUSE having been presented, IT IS HEREBY ORDERED as
16 | follows:

17 |     1    Petitioner's motion to amend (Doc. 6), is GRANTED. Petitioner is granted thirty
18 |       (30) days from the date of service of this order in which to file his amended
19 |       petition for writ of habeas corpus. Petitioner is also cautioned that all grounds for
20 |       relief must raise cognizable federal claims. The amended petition should be
21 |       clearly and boldly titled "AMENDED PETITION," contain the appropriate case
22 |       number, and be an original signed under penalty of perjury. Petitioner is advised
23 |       that the form petition must set forth all claims for relief, including the facts and
24 |       arguments in support of those claims. **Petitioner should also note that every**
25 |       **pleading to which an amendment is permitted must be retyped or rewritten**
26 |       **and filed so that it is complete in itself without reference to the prior or**
27 |       **superseded pleading**. Local Rule 15-220.

28 | ///

2. The Clerk of Court is DIRECTED to send Petitioner a blank form petition for federal prisoners filing pursuant to § 2254.

IT IS SO ORDERED.

Dated:  **May 16, 2008**                                         **/s/ Theresa A. Goldner**
                                                                        UNITED STATES MAGISTRATE JUDGE