IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL EDWARD STONE,<br><br>                              Petitioner,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>                              Respondent. | 1:08-cv-00141-LJO-TAG HC<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 18) |

      GOOD CAUSE APPEARING, Respondent's request for a 30-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on October 10, 2008.

IT IS SO ORDERED.

Dated:   **September 12, 2008**                                                              /s/ Theresa A. Goldner
                                                                                   UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1