IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL EDWARD STONE, | 1:08-cv-00141-JMD-(HC) |
| Petitioner, | ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | (DOCUMENT #32) |
| Respondent. | |
| _____/ | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

On July 20, 2009, petitioner filed an application to proceed in forma pauperis. Due to the fact that the court granted petitioner's previous application to proceed in forma pauperis in the present case on January 29, 2008, IT IS HEREBY ORDERED THAT petitioner's application of July 20, 2009, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   July 24, 2009                           /s/ John M. Dixon
                                               UNITED STATES MAGISTRATE JUDGE